**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 434 EAL 2019

           Respondent          :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

           v.                   :

                                   :

JEROME JOHNSON,              :

           Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.